

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :   SEALED
                                :   INDICTMENT
            - v. -               :
                                :   07 Cr. 688
HORST HELD,                     :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. In or about April 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a North American Arms Black Widow 17 HMR firearm, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT TWO

The Grand Jury further charges:

2. In or about April 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a Stingey Knife Gun, to a person other than a licensed importer, manufacturer,

dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT THREE

The Grand Jury further charges:

3. In or about April 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a North American Arms .22 caliber mini-revolver, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT FOUR

The Grand Jury further charges:

4. In or about April 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a PKP Custom Powell knife pistol, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT FIVE

The Grand Jury further charges:

5. In or about April 2004, in the Southern District of

New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a Seecamp .32 caliber semi-automatic firearm, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

### COUNT SIX

The Grand Jury further charges:

6.   In or about May 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a Desert Eagle MK XIX .44 Magnum semi-automatic firearm, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

### COUNT SEVEN

The Grand Jury further charges:

7.   In or about May 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, an Intratec .22 caliber semi-automatic firearm, to a person other than a licensed

importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT EIGHT

The Grand Jury further charges:

8. In or about May 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, a North American Arms .22 caliber revolver, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

## COUNT NINE

The Grand Jury further charges:

9. In or about June 2004, in the Southern District of New York and elsewhere, HORST HELD, the defendant, being a licensed importer, manufacturer, dealer, and collector of firearms, unlawfully, willfully, and knowingly did ship and transport in interstate and foreign commerce a firearm, to wit, an American Deringer 9 millimeter firearm, to a person other than a licensed importer, manufacturer, dealer, and collector of firearms.

(Title 18, United States Code, Section 922(a)(2).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

**THE UNITED STATES OF AMERICA**

vs.

**HORST HELD,**

Defendant.

# INDICTMENT

**07 Cr.**

**(In Violation of Title 18, United States Code, Section 922(a)(2) )**

**MICHAEL J. GARCIA**

United States Attorney.

**A TRUE BILL**

Foreperson.

7/26/07 Taped. Sealed Indictment a/w issued. 5 m w w̅ issued. Jamie R