

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 2, 2007

BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

  Re: United States v. Horst Held,
     07 Cr. 688

Dear Chief Judge Smith:

  The sealed indictment in the above-captioned case was filed on Thursday, July 26. The defendant was arrested in Midlothian, Texas this morning. Therefore, the United States hereby requests that the indictment in the above-captioned case be unsealed.

            Respectfully Submitted,

            MICHAEL J. GARCIA
            United States Attorney

      By: _____
         Nola B. Heller
         Assistant United States Attorney
         (914) 993-1939

SO ORDERED

/s/ Lisa Margaret Smith
CUSMJ 8/2/07