UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V

_____Horst Held_____

07 CR 688
Docket Number & Judge

NOTICE OF
APPEARANCE

TO:   J. MICHAEL MCMAHON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (X) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   ( ) NO   (X) YES,

ADMISSION MO. ____ YR 2002

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __New York__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

SIGNATURE _____

Peter Tilem
Attorney for Defendant

Tilem & Campbell, LLP
Firm name, if any

188 East Post Rd
Street address

White Plains   NY   10601
City           State   Zip code

914-833-9785
Telephone Number