# TILEM & CAMPBELL, LLP

188 East Post Road – 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemandcampbell.com

**Partners**
Peter H. Tilem, Esq. •
John Campbell, Esq. ♦

**Associates**
Joseph M. Whiting, Esq. ♦
Angela Zagreda, Esq. •

**Of Counsel**
Aaron Baily, Esq. ♦
Jerry Elashmawy, Esq. ▪

• Admitted in NY & CT
♦ Admitted in NY
▪ Admitted in NJ

October 10, 2007

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Via Facsimile: (914) 390-4179

Re: <u>United States v. Horst Held</u>
07 CR. 688 (SCR)

Your Honor:

    I am the attorney representing the above referenced defendant who is currently scheduled to appear before you on Friday, October 12, 2007 at noon. I am writing to request an adjournment of this matter to October 31, 2007.
    After conversations with Assistant United States Attorney Richard Tarlowe I am hopeful that we will be able to resolve this matter on October 31, 2007 and Mr. Held has to travel from Texas in order to appear in Court. Mr. Held consents to the time from October 12, 2007 until October 31, 2007 being excluded pursuant to the Speedy Trial Act because we are continuing to engage in plea negotiations.
    AUSA Tarlowe is aware of this application and has no objection to it.

Sincerely,

PETER H. TILEM, ESQ.

*[Handwritten endorsement:]* The time from October 12, 2007, to ~~October~~ November 2, 2007 is excluded from the speedy trial calculation in the interests of justice – & for the reasons set forth above –

CC: AUSA RICHARD TARLOWE
VIA FACSIMILE (914-682-3392)

**SO ORDERED**
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
10/11/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: