# TILEM & CAMPBELL, LLP

188 East Post Road – 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemandcampbell.com

**Partners**
Peter H. Tilem, Esq. •
John Campbell, Esq. ♦

**Associates**
Joseph M. Whiting, Esq. •
Angela Zagreda, Esq. •

December 12, 2007

**Of Counsel**
Aaron Baily, Esq. •
Jerry Elashmawy, Esq. ■

• Admitted in NY & CT
♦ Admitted in NY
■ Admitted in NJ

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Via Facsimile: (914) 390-4179

**MEMO ENDORSED**

Re: United States v. Horst Held
07 CR. 688 (SCR)

Your Honor:

    I am the attorney representing the above referenced defendant who is currently scheduled to appear before you on Friday, December 14, 2007 at 11:00 am. I am writing to request an adjournment of this matter until late January.

    Mr. Held, who resides in Texas, has been receiving treatment for severe diabetes which has resulted in two amputations on his right foot. After the second amputation, which was November 16, 2007, Mr. Held was put on a course of daily intravenous antibiotics which he is hoping to complete toward the end of the year. In addition, the doctor has asked him to avoid putting weight on his right foot for the time being.

    Procedurally, the Government has provided us with a draft plea agreement and Mr. Held wishes to enter a plea. He is hoping to schedule a plea before the Magistrate Judge prior to the next conferebce in this matter, his heath permitting. We ask that the Court exclude the time until the next conference in the interest of justice.

    AUSA Tarlowe is aware of this application and consents to it.

*[Handwritten]: Time from Dec 14, 2007 to January 18, 2008, is excluded from the speedy Trial calculation in the interests of justice.*

Sincerely,

*[signature]*

PETER H. TILEM, ESQ.

CC: AUSA RICHARD TARLOWE
VIA FACSIMILE (914-682-3392)

**SO ORDERED**
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE  12/14/07