UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

HORST HELD,

      Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 0688

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney for the
                                         Southern District of New York

                       By:    /s/ Richard C. Tarlowe
                             Richard C. Tarlowe
                             Assistant United States Attorney
                             (914) 993-1963
                             Richard.Tarlowe@usdoj.gov