# TILEM & CAMPBELL, LLP

188 East Post Road – 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemandcampbell.com

**Partners**
Peter H. Tilem, Esq. •
John Campbell, Esq. ♦

**Associates**
Joseph M. Whiting, Esq. ♦
Angela Zagreda, Esq. •

**Of Counsel**
Aaron Baily, Esq. ♦
Jerry Elashmawy, Esq. ▪

• Admitted in NY & CT
♦ Admitted in NY
▪ Admitted in NJ

January 15, 2008

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Via Facsimile: (914) 390-4179

## MEMO ENDORSED

Re: United States v. Horst Held
07 CR. 688 (SCR)

Your Honor:

    I am the attorney representing the above referenced defendant who is currently scheduled to appear before you on Friday, January 18, 2008 at 11:30 am. I am writing to request an adjournment of this matter until late February.
    Mr. Held, who resides in Texas, has been receiving treatment for severe diabetes which has resulted in two amputations on his right foot. After the second amputation, which was November 16, 2007, Mr. Held was put on a course of daily intravenous antibiotics which he completed toward the end of last year. Despite the completion of that course of treatment, Mr. Held still requires daily treatments on his foot and still medically unable to travel. I have included a letter from his physician to be transmitted with this letter.
    Procedurally, the Government has provided us with a draft plea agreement and Mr. Held wishes to enter a plea. He is hoping to schedule a plea before the Magistrate Judge prior to the next conference in this matter, his health permitting. We ask that the Court exclude the time until the next conference in the interest of justice.
    AUSA Tarlowe is aware of this application, has previously reviewed the letter from Mr. Held's physician and consents to the adjournment.

*[Handwritten endorsement:] Time is excluded from the Speedy Trial calculation from Jan. 18, 2008 to February 15, 2008 for the reasons set forth above and in the interests of justice.*

Sincerely,

*[signature]*
PETER H. TILEM, ESQ.

**SO ORDERED**
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
1/17/08

CC: AUSA Richard Tarlowe
Via Facsimile (914-682-3392)