# TILEM & CAMPBELL, LLP

**188 East Post Road – 3rd Floor**
**White Plains, New York 10601**
914-833-9785
Fax 914-833-9788
www.tilemandcampbell.com

**Partners**
Peter H. Tilem, Esq. •
John Campbell, Esq. ♦

**Associates**
Joseph M. Whiting, Esq. ♦
Angela Zagreda, Esq. ▪

**Of Counsel**
Aaron Baily, Esq. ♦
Jerry Elashmawy, Esq. ▪

• Admitted in NY & CT
♦ Admitted in NY
▪ Admitted in NJ

February 13, 2008

Hon. Stephen C. Robinson
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Via Facsimile: (914) 390-4179

MEMO ENDORS.

Re: United States v. Horst Held
07 CR. 688 (SCR)

Your Honor:

      I am the attorney representing the above referenced defendant who is currently scheduled to appear before you on Friday, February 15, 2008 at 11:30 am. I am writing to request an adjournment of this matter until mid March.
      As you are aware from my past letters, Mr. Held, who resides in Texas, has been receiving treatment for severe diabetes which has resulted in two amputations on his right foot. After the second amputation, which was November 16, 2007, Mr. Held was put on a course of daily intravenous antibiotics which he completed toward the end of last year. Despite the completion of that course of treatment, Mr. Held is still medically unable to travel. I hope to have updated information from Mr. Held's physician soon.
      Procedurally, the Government has provided us with a draft plea agreement and Mr. Held wishes to enter a plea. He is hoping to schedule a plea before the Magistrate Judge prior to the next conference in this matter, his health permitting. We ask that the Court exclude the time until the next conference in the interest of justice.
      AUSA Tarlowe is aware of this application and consents to the adjournment.

*Time is excluded from 2/15/08 to 3/14/08 from the Speedy Trial calculation for the reasons set forth above and in the interests of justice.*
    /s/ Stephen C. Robinson
    SCR
    2/13/08

Sincerely,

PETER H. TILEM, ESQ.

CC: AUSA RICHARD TARLOWE
VIA FACSIMILE (914-682-3392)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____