UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
)   **NOTICE OF APPEARANCE AND REQUEST**
v. )   **FOR ELECTRONIC NOTIFICATION**
)   **07 Cr. 0688**
HORST HELD, )
)
　　　　Defendants. )

TO:   Clerk of Court  
　　　United States District Court  
　　　Southern District of New York

　　　The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA  
　　　　　　　　　　　　　　　　　　United States Attorney for the  
　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　By:　　/s/ Sarah R. Krissoff　　　　  
　　　　　　　　　　　　　　　　Sarah R. Krissoff  
　　　　　　　　　　　　　　　　Assistant United States Attorney  
　　　　　　　　　　　　　　　　(914) 993-1928  
　　　　　　　　　　　　　　　　Sarah.Krissoff@usdoj.gov